B 1 (Official Form 1) (1/08)

ORIGINAL

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zealous Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See attachment "A"** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**20-3052164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**15641 Redhill Ave, Suite 200**<br>**Tustin, CA**<br>ZIP CODE **92780** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                      Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☑<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☑<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☑<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED

FEB 20 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

B 1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Zealous Holdings, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  N/A | Case Number: | Date Filed: |
| District:  Central District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
Zealous Holdings, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Mark H. Galyean, Esq.
Printed Name of Attorney for Debtor(s)
The Galyean Law Group
Firm Name
4630 Campus Driven
Address  Newport Beach, Ca 92660

949-630-3997
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Milton C. Ault, III
Printed Name of Authorized Individual
Chairman & CEO
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# EXHIBIT "A" – Additional names used

Ault Glazer Bodnar & Co Inc. – A Delaware corporation

The Ault Glazer Group, Inc. – A Delaware corporation

ASNI-II, Inc.  – A Nevada corporation

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

    _____

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

    _____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days.  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Tustin_____, California.

                                                        _____
                                                        _Debtor_

Dated _____                   _____
                                                        _Joint Debtor_

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re  Zealous Holdings _____,          Case No. _____
                    Debtor

                                              Chapter  11  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See attached
"20 Largest
creditor" list

Date: _____

_____
Debtor

*[Declaration as in Form 2]*

EAI Technologies
8300 Boone Blvd  STE 300
Vienna, VA  22182


Dennis & Delores Ault
14 Buckskin Lane
Rolling Hills, CA  90274


Citibank (West), FSB
Po Box 894904
Los Angeles, Ca  90189-4904


Lori Livingston
3451 NE Alameda
Portland, OR  97212


Steven Caspi
3010 Westchester Ave.
Purchase, NY  10577


Ira Gaines
3116 E Shea Blvd Pmb 191
Phoenix, Az 85028


Mr. Steven Bodnar
680 Old Academy Rd.
Fairfield, CT  06824


Kent G. Wyatt Sr
7448 Orange Haze Way
Las Vegas, NV  89149

CBRE
Calstrs Northrup Plaza I
Po Box 100101
Pasadena, Ca 91189-0101


Employment Development Department
Po Box 826276
Sacramento, Ca 94230-6276


Internal Revenue Service
222 N. Sepulveda Blvd., #800
El Segundo, Ca 90254


Bloomberg Finance  Lp
P.O.Box 30244
Hartford, Ct 06150-0244


De Leon & Company
Julio De Leon
510 NW 159th Lane
Hollywood, FL  33028


Lynn Silverstein
1018 2nd St  #6
Santa Monica, CA  90403


Ross, Dixon & Bell, Llp
2001 K Street, N.W.
Washington, Dc 2006-1040


Fennemore Craig P.C.
300 S. Fourth Street Suite 1400
Las Vegas, Nv 89101

Investors Relation Group
Dian Griesel
11 Stone Street
New York, Ny 10004


Sichenzia Ross Friedman Ference Llp
61 Broadway, 32nd Floor
New York, Ny 10006


Charles Kalina
93 Grove Street
Somerville, NJ  08876


First Tennessee Bank Commercial Account
P.O. Box  31
Memphis, TN  38101-0031

# Master Mailing List

Zealous Holdings, Inc.
15641 Redhill Ave., Suite 200
Tustin, CA 92780


United States Trustee
Amrane Cohen, Esq.
770 The City Drive South, #3300
Orange, CA 92868

Mr. & Mrs. William Adams
3 Ladbrook Grove
Coto De Gaza, CA  92679

Darrin Adkins
2496 S. Forest Heights Dr.
Springfield, MO  65809

Aegis Equity LLC
100 Wilshire Blvd, Suite 1750
Santa Monica, CA  90401

Leon C. Atkins
1901 Bryan Ave.
Tustin, CA  92780

Blake Forrest Ault
14 Buckskin Lane
Rolling Hills, CA  90274

Cody James Ault
14 Buckskin Lane
Rolling Hills, CA  90274

Delores Ault
14 Buckskin Lane
Rolling Hills, CA  90274

Dennis R. Ault
14 Buckskin Lane
Rolling Hills, CA  90274

Milton C. Ault III
11175 Aconite Ave.
Fountain Valley, CA  92708

Neil R. Ault
2518 Delaware St. Apt A
Huntington Beach, CA  92648

Stacy Lee Ault
1627 W/ 154th Street
Gardena, CA  90247

Ault Family Trust
14 Buckskin Lane
Rolling Hills, CA  90274

Ault Glazer & Co, INC
15641 Red Hill Ave. Suite 200
Tustin, CA  92780

Andrew M. Berg
2260 Gehringer Dt.
Concord, CA  94520

Ashley Bershaw
14 Buckskin Ln.
Rolling Hills, CA  90274

Deanne K. Bertelson
707 Idaho Ave. Apt 112
Santa Monica, CA  90403

Richard J. Bertran
27631 Sanderling Way
Temecula, CA  92591


Beth Shir Sholom
1827 California Ave
Santa Monica, CA  90403


Bodnar Capital Mgmt
680 Old Academy Rd
Fairfield, CT  06824


Joanne Booz
7211 Garden Glen CT., Apt 104
Huntington Beach, CA  92648


Ronald L. Booz
605 Laramie River Ave.
El Paso, TX  79932


George H. Bristol
341 Palmetto Drive
Pasadena, CA  91105


Robert O. Brown
24841 Georgia Sue
Laguna Hills, CA  92653


Steven Caspi
3010 Westchester Ave.
Purchase, NY  10577

Century Trust
2080 Century Park E. Penthouse
Los Angeles, CA  90067


Sydney N. Chase
4726 W. 191st St.
Torrance, CA  90503


Andrew C. Cosby
1123 11th Street Apt. 6
Santa Monica, CA  90403

Corey S. Cosby
1123 11th Street Apt. 6
Santa Monica, CA  90403


Myrna Jean Cosby
241 Waller Circle
Marietta, GA  30064


Darren M. Magot
9061 Niguel Cir
Huntington Beach, CA  92646


Satyendra Deshpande
3358 Daley Cr Dr. Apt 1406
San Diego, CA  92123


Digicorp, Inc
2322 West Clybourn Street
Milwaukee, WI 53233-2514

Michael Edwards
8306 Wilshire Blvd.  Apt 1030
Beverly Hills, CA  90211


Emerald Asset Advisors, LLC
425 Broad Hollow Rd. Ste 115
Melville, NY  11747


Claudia L. Meyers
1554 NE Quayside Ter
Miami, FL  33138


Jackie Brown ESPP
2353 Pamela Ln
Sacremento, CA  95825


Garine (Karen) Festekjian-Minnetian
388 Beale Street, Apt 1012
San Francisco, CA  94105


Greg Fierros
418 N. Linwood Ave
Santa Ana, CA  92701


Joseph M. Fontana
3349 NE 162nd Ave
Portland, OR  97230


Donna Dell Freker
6402 Shayne Drive
Huntington Beach, CA  92647

Stephen Fringer
840 Larrabee St, Apt 1-201
West Hollywood, CA  90069


Teresa Gagnon
6341 Seagull Circle
Loveland, CO  80538


Kumarasinghe Ganegoda
1545 N Hobart Blvd., Apt 121
Los Angeles, CA  90027


Philip Gatch
11567 Iowa Ave.
Los Angeles, CA  90025


George G Freyre
9539 Guilford Ave.
Whittier, CA  90605


Louis Glazer MD
801 Ocean Ave., Apt 403
Santa Monica, CA  90403


Melanie Glazer
801 Ocean Ave., Apt 403
Santa Monica, CA  90403


Glazer Venture Capital
801 Ocean Ave., Apt 403
Santa Monica, CA  90403

James Gnau
6404 SW 30th Ave., Apt 31
Portland, OR  97239


Amy S. Gordon
345 S. Cloverdale Ave.,
Los Angeles, CA  90036


Darrell Grimsley
P.O. Box 130836
Birmingham, AL  35213


Dori Ellen Hall
P.O. Box 1437
Boyes Hot Springs. CA  95416


Mark Harmon
112 Stevens Rd.
Milford, NY  13807


Eugene George Hebert
2002 Via Nova
Lomita, CA  90717


Ralph Hennig
17011 Beach Blvd Ste 800
Huntington Beach, CA  92647


Hennig Accountancy Corp
17011 Beach Blvd Ste 800
Huntington Beach, CA  92647

Mark R Hildenbrandt
16721 Newland St
Huntington Beach, CA  92647


James P. Hodgins
30251 Golden Lantern Ste E344
Laguna Niguel, CA  92677


William Blake Horne
43460 Ridge Park Dr. Ste 140
Temecula, CA 92590


James P. Hughes
575 Elm Ave., Apt 5
Long Beach, CA  90802


John Hughes
6702 Hillpark Dr., Apt 307
Los Angeles, CA  90067


Marian Hughes
575 Elm Ave., Apt 5
Long Beach, CA  90802


Industrial Management
9460 Toucan Ave.
Fountain Valley, CA  92708


Installing Dealer Supply
533 Birch St.
Lake Elsinore, NY  00009

Berwick Johnson
500 E. Napa Street
Sonoma, CA  95476


Victorina Johnson
500 E. Napa St.
Sonoma, CA  95476


Robert C. Jugan
20110 Rhapsody Rd
Walnut, CA  91789


Charles R. Kepper
2276 W. Colchester Dr., Apt 3
Anaheim, CA  92804


David Kerr
26400 Shady Lane
Menifee, CA  92584


Drake Kerr
26400 Shady Lane
Menifee, CA  92584


Joann Kerr
26400 Shady Lane
Menifee, CA  92584


Samantha Kerr
26400 Shady Lane
Menifee, CA  92584

Michael Kessel
116 New Brook Lane
Springfield, NJ  07081


Leonard Kim
331 S. Ardmore Ave #223
Los Angeles, CA  90020


Bruce R Knoblich
32189 Camino Guarda
Temecula, CA  92592


Scott Eric Krinsky
488 Mountain Road
Laguna Beach, CA  92651


Nandita Kumaraswamy
6160 E. Cielo Vista Dr.
Anaheim, CA  92807


Jennie Hee Kwon
1074 Hayes
Irvine, CA  92620


Herbert Langsam
5300 Wisteria Dr.
Oklahoma City, OK  73142


Jerry G. Leslie
5803 NE 73rd Cir.
Vancouver, WA  98661

Michelle Little
6400 Crescent Park East #426
Playa Vista, CA  90094


Lori Livingston
3451 NE Alameda
Portland, OR  97212


Scott Livingston
23357 Mobile Street
West Hills, CA  91307


Loco Partners
15641 Red Hill Ave., Ste 200
Tustin, CA  92780


Betty Loewenberg
120 Se 5th Ave., #431
Boca Raton, FL  33432


M G & J M Sedlak Rev
9460 Toucan Ave.
Fountain Valley, CA  92708


Joseph Manning
5319 Sun Coast Dr.
Wilmington, NC  28411


Lloyd Margolis
1753 Masters Drive
Banning, CA  92220

Darren Paul Maynard
7015 Winterberry Ln
Bethesda, MD  20817


Steven McCormick
605 Alabama Street
Huntington Beach, CA  92648


Trisha Ann Mendonca
900 West Main Lot 55
Tremonton, UT  84337


Alain Minnetian
388 Beale Street Apt 1012
San Francisco, CA  94105


Motivated Minds LLC
1819 E. Morten Ave., Ste 180
Phoenix, AZ  85020


Nakasone Charitable
999 Romero Canyon Rd.
Santa Barbara, CA  93108


Nakasone Family Foundation
310 Penny Parade Dr.
Salt Lake City, UT  84103


John R. Neal
2463 Shield Dr.
Union City, CA  94587

David Nicherie
11175 Aconite Ave.
Fountain Valley, CA  92708


Not That Cosby, INC
1123 11th St., #6
Santa Monica, CA  90403


Jeanne Olsky
C/O Patient Safety Technologies
43460 Ridge Park Drive, Suite # 140
Temecula, CA 92590


Patient Safety Technologies
43460 Ridge Park Drive, Suite # 140
Temecula, CA 92590


Pergenix LLX
19 Stonemark Dr.
Henderson, NV  89052


Vatche S. Pinedjian
16823 Mount Collien Street
Fountain Valley, CA  92708


Pinedjian Family Trust
16823 Mount Collien Street
Fountain Valley, CA  92708


Michael A Proch
26400 Shady Lane
Menifee, CA  92584

Progressive Plumbing
42066 Aveneda Alvarado Ste L
Temecula, CA  92590


Anthony Pucillo
9909 Topanga Canyon Blvd #212
Chatsworth, CA  91311


Joseph Putegnat
10863 Stone Haven Way
San Diego, CA  92130


John Christ Rainbolt
1165 Robinhood Lane
Norman, CA  73072


Christopher Reay
4746 Whitewood Ave.
Long Beach, CA  90808


George V. Johnson Residual Trust
P.O. Box 20049
Fountain Valley, CA  92728


Robert F Johnson Trust
P.O. Box 20049
Fountain Valley, CA  92728


Marc J Ross
99 Jane St., Apt 1H
New York, NY  10014

Robert G Roysdon
10402 Mauretania Cir.
Huntington Beach, CA  92646


Carolyn Salmons C/O Darren Adkins
2496 S. Forrest Heights
Springfield, MO  65809


Carolyn Salmons C/O Darren Adkins
1316 Inlet Drive
Azle, TX  76020


James E. Shafer
35864 Carlton Rd.
Wildomar, CA  92595


Violet Shafer
900 West Main Lot 55
Tremonton, UT  84337


Violet Shafer
35864 Carlton Rd.
Wildomar, CA  92595


Glen Schlosser
2941 Picasso Cir
Las Vegas, NV  89121


Timothy Sedlak
7 Carriage Drive
Foothill Ranch, CA  92610

Matt Seybert
8442 Norfolk Dr.
Huntington Beach, CA  92646


Tina Diane Seybert
13847 Gifford St.
Fountain Valley, CA  92708


Teresa Silverstein
1018 2nd St., Apt 6
Santa Monica, CA  90403


Steven Sipe
6345 Alexandri Cir.
Carlsbad, CA  92011


Tiffany Snedkear
26400 Shady Lane
Menifee, CA  92584


Travis R. Snedkear
26400 Shady Lane
Menifee, CA  92584


Nicholas Soichet
2787 S. Coast Hwy., Apt C
Laguna Beach, CA  92651


Dwayne Somers
11151 N 110th Place
Scottsdale, AZ  85259

South Bay Cargo
2600 N Central Ave
Phoenix, AZ  85004


Arnold Spangler
1165 Park Ave, Apt 9B
New York, NY  10128


Suzanne Stevenson
1922 University Park Dr.
Sacramento, CA  95825


Paul H. Stringer
6619 S. E. Riverside Ln
Vancouver, WA  98661


George V. Johnson Survivor's Trust
P.O. Box 20049
Fountain Valley, CA  92728


Rose M Sveinson
1731 W. Silva Ave
Anaheim, CA  92804


Sylvia Johnson Rev. Trust
11175 Aconite Ave.
Fountain Valley, CA  92708


John Vo
13297 SW Timara Ln
King City, OR  97224

Elizabeth Wibblesman
16900 Livorno Dr.
Pacific Plsds, CA  90272


Warren Wibblesman
16900 Livorno Dr.
Pacific Plsds, CA  90272


Warren Wibblesman
1121 Victoria Ave.
Venice, CA  90291


Delmar E. Wood
5584 Desert Lakes Dr.
Fort Mohave, AZ  86429


Norma Wood
5584 Desert Lakes Dr.
Fort Mohave, AZ  86429


WTFIMM, LLC
170 Old Country Rd, Ste 405
Mineola, NY  11501


Kent G. Wyatt Sr
7448 Orange Haze Way
Las Vegas, NV  89149


Jackie Brown
2524 Whittier Dr.
Davis, CA  95618

Jack E. Howell
8831 Shallow Way
Fair Oaks, CA  95628


Stephen Jafarzadeh
22742 Berdon Street
Woodland Hills, CA  91367


Trena Ault
29825 Puesta Del Sol
Temecula, CA  92591


David Kerr
10282 Lurline Lane
Huntington Beach, CA  92646


Eugene Lynn Chase
4726 W. 191st Street
Torrance, CA  90503


Joyce Schmidt
P.O. Box 722
Meadview, AZ  86444


Judith K Margolis
1753 Masters Dr.
Banning, CA  92220


Robert Charles Jugan
20110 Rhapsody Rd.
Walnut, CA  91789

James E Svenson
5570 Camino Dorado
Yorba Linda, CA  92887


Rene Kerr
10282 Lurline Ln.
Huntington Beach, CA  92646


Wendy Sedlak
117 Cloudcrest
Aliso Viejo, CA  92656


Claire Reay
4746 Whitewood Ave
Long Beach, CA  90808


Irene Sharon Durham
611 Commerce St.
Nashville, TN  37203


Kristine Ault
11175 Aconite Ave.
Fountain Valley, CA  92708


Michelle T. Rosen
12148 Lawler St.
Los Angeles, CA  90066


Waunema Utarid
9061 Niguel Circle
Huntington Beach, CA  92646

Chantel Soichet
56 Riverside
Riverside, CT  06878


Mary Lourdes Harmon
112 Stevens Road
Milford, NY  13807


Michael G. Sedlak
9460 Toucan Ave.
Fountain Valley, CA  92708


Sharon Von Delden
17401 Hood Court
Fountain Valley, CA  92708


Leigh Margolis
22 Sequoia Dr.
Aliso Viejo, CA  92656


Terry L. Longacre
1850 W. Cardiff Rd
San Dimas, CA  91773


Karen Chase
4726 W. 191 St.
Torrance,  CA  90503


Grace Ann Dehn
1850 Elkwood Dr.
Concord, CA  94519

Michael Solloway
928 Firth Ave
Henderson. NV  89015


Trena Ault
42030 Avineda Alvarado, Suite H
Temecula, CA  92590


Timothy Sedlak
7 Carriage Drive
Foothill Ranch, CA  92610


Amber Lynn Ellis
827 Lincoln Blvd., Apt D
Santa Monica, CA  90403


Susan Labadie
1112 Pine Street
Huntington Beach, CA  92648


Christine L. Booze
605 Laramie River Ave.
El Paso, TX  79932


Cheryl McKinney
6341 Sea Gull Circle
Loveland, CO  80538


Darrell W/ Grimsley
P.O. Box 130836
Birmingham, AL  35213

Marian V. Hughes
575 Elm Ave., Apt 5
Long Beach, CA  90802


Michael A. Prooch
26400 Shady Lane
Menefee, CA  92584


Richard Bailey
85 Pratt Rd.
Scituate, MA  02066


Roger Coe
28 Greenwich Park, Apt 1
Boston, MA  02118


Conihasset Partners
2 International Place, FL 16
Boston, MA  02118


Kristen Kuliga
28 Greenwich Park, Unit 1
Boston, MA  02118


Arlan Montalbine
35 Mt Vernon St., Apt 4
Boston, MA  02108


Sterling Oak Partners
1 International Pl., 24th Floor
Boston, MA  02110

Monika Tepass
58 Riverside Ave.
Riverside, CT  06878

Joseph C Farray
221 Shearwater Isle
Foster City, CA  94404

Steve Rocco
131 E. 39th St., Apt 3
New York, NY  10016

Mr. Robert Abraham
2005 Via Aguila
San Clemente, CA  92673

Julie Ault
326 6th Street
Huntington Beach, CA  92646

Mr. Lytle Browne, III
1601 Ardenwood Court
Nashville, TN  37215-3601

Ken Dawkins
768 Goodrich Avenue
St. Paul, MN  55105-3343

Mr. & Mrs. Charles Ault
1627 West 154th Street
Gardena, CA  90247-3203

Mr. Milton Ault Jr.
8548 El Libro Ave.
Fountain Valley, CA  92708


Mr. Steven Bodnar
680 Old Academy Rd.
Fairfield, CT  06824


Ms. Maria Brockelman
1149 Hillsboro Mile, #804 North
Hillsboro Beach, FL  33062


Ms. Geraldine Cibellis
19272 Mesa Drive
Villa Park, CA  92861


Ms. Grace Dehn
1850 Elkwood Drive
Concord, CA  94519


Mr. & Mrs. Mark Ault
42066 Avenida Alvarado, Suite L
Temecula, CA  92590


Ms. Klyda Bertelson
707 Idaho Avenue, Apt. 112
Santa Monica, CA  90403


Robert Brown
24841 Georgia Sue
Laguna Hills, CA  92653

James Clifton
32491 Mediterranean Dr.
Dana Point, CA  92629


Ms. Irene Durham
611 Commerce St.
Nashville, TN  37203


Mr. Joseph Farray
221 Sheerwater Isle
Foster City, CA  94404


Mr. & Mrs. Chad Gagnon
6341 Seagull Circle
Loveland, CO  80538


Ms. Stacy Garinger
1211 Berkeley St.  Apt 1
Santa Monica, CA  90404


Mr. & Mrs. James Hughes
1297 Spectrum
Irvine, CA  91618


Robert Jugan
1700 Westcliff Drive, #14
Newport Beach, CA  92660


Mr. Scott Krinsky
488 Mountain Rd.
Laguna Beach, CA  92651

Mr. & Mrs. Thomas Freker
6402 Shayne Drive
Huntington Beach, CA  92647


Mr. Philip Gatch
11567 Iowa Ave.
Los Angeles, CA  90025


Mr. Darrell Grimsley, Jr
P.O. Box 130836
Birmingham, AL 35213


Mr. & Mrs. Eugene Hebert
2002 Via Nova
Lomita, CA  90717


Mr. William Horne
25946 SE 22nd Place
Sammamish, WA  98075


Charles Kalina
93 Grove Street
Somerville, NJ  08876


George Freyre
9539 Guilford Ave.
Whittier, CA  90605


Ms. Maria Garcia-Argueta
3748 Sawtelle Blvd, Apt 1
Los Angeles, CA  90066

Mr. & Mrs. Patrick Gaynes
944 21st Street, Apt A
Santa Monica, CA  90403


Ms. Dori Hall
P.O. Box 1437
Boyes Hot Springs, CA  95416


Mr. Daniel Heckman
14390 NW 64th Terrace
Parkville, MO 64152


Mr. Jack Howell
655 Sable
Los Flores, CA  92688


Ellen Abrams
660 Cloverdale Ave #110
Los Angeles, CA  90036


Amber Almeida
201 W. MacArthur Blvd. #D3
Santa Ana, CA  92707


Jeffrey Auld
222 W. Fir St. #H1
Brea, CA  92821


Brennan Ault
13922 Tustin East Dr. #31
Tustin, CA  92780

Linda Bacchus
21 Pinestone
Irvine, CA  92604


Richard Baily
85 Pratt Rd.
Scituate, MA  02066


Chad Bartulis
2514 34th St.
Santa Monica, CA  90405


Bonnie Bennett
14 Hudson Court
Jersey City,  NY  07365


Eric Cauldwell
7244 Hillside Ave #210
Los Angeles, CA  90046


Ryan Cantin
1200 N. Myers St.
Burbank, CA  91506


Roger Coe
28 Greenwich Place #1
Boston, MA  02117


Diane Colamonico
7562 Ellis #C-2
Huntington Beach, CA  92648

Dane Crosby
P.O. Box 24972
Los Angeles, CA  90024


Selene Cruz
6312 Marbisa Ave
Los Angeles, CA  90255


Andrea Cruz
7941 Moonshadow Dir #3
Huntington Beach, CA  92647


Satyen Deshpande
3358 Daley Center Dr. #1408
San Diego, CA  92123


Nadia Dunn
1223 Wilshire Blvd #959
Los Angeles, CA  90403


Daniel Florez
630 W. Live Oak St.
San Gabriel, CA  91776


Stephen Fringer
975 Hancock Ave #221
West Hollywood, CA  90069


Kumar Ganegoda
1454 N Hobart Blvd #121
Los Angeles, CA  90027

Stacy Garinger
1211 Berkeley St. #1
Santa Monica, CA  90404


Blaine Geist
1645 Vine
Los Angeles, CA  90028


Gary Gottlieb
7826 W. 80th St
Playa Del Rey, CA  90293


Albert Han
4239 165th West
Lawndale, CA  90260


Jana Henson
11742 Aspen View Dr.
San Diego, CA  92128


Amit Hershberg
13 Blazing Star
Irvine, CA  92604


James Hodgins
30215 Golden Lantern #E344
Laguna Niguel, CA  92667


John Hughes
76 Beaver Pond Rd.
Waterbury Center, VT  05677

Michael Kessel
116 New Brook Lane
Springfield, NJ  07081


Charles Kepper
2276 W. Colchester Dr. #3
Anaheim, CA  92804


Steven Jafarzadeh
22742 Berdon St.
Woodland Hills, CA  91367


Leonard Kim
331 S. Ardmore Ave #223
Los Angeles, CA  90020


Jason Kishaba
13569 Raceland Rd
La Mirada, CA  90638


Jennie Kwon
1074 Hayes
Irvine, CA  92620


Brian Kynion
3716 Jasmine Ave.
Los Angeles, CA  90034


Sonny Lam
12665 Jalepeno Ave
Chino, CA  91710

Joseph Latona
44 Emerald Lane
Old Bridge, NJ  08857


Eric Leibowitz
1223 Wilshire Blvd. #1560
Los Angeles, CA  90403


Shao Hoong Liew
725 Weyburn Terrace #118
Los Angeles, CA  90024


Michelle Little
6400 Crescent Park E #426
Playa Vista, CA  90094


Scott Livingston
23357 Mobile St.
West Hills, CA  91307


Jeannie LoBue
13569 Raceland Rd.
La Mirada, CA  90638


Danielle Lynch
4244 Spectrum
Irvine, CA  92618


David Magli
840 SW 49th Terrace
Margate, FL  33068

Porter Mills
4201 Crest Drive
Manhatten Beach, CA  90266


Alain-Jacques Minnetian
5844 Beckford Ave
Tarzana, CA  91356


Garine Mennitian
5844 Beckford Ave
Tarzana, CA  91356


Rex Pascual
15915 Fountain Lane
Chino, CA  91708


Christoforo Pizzimenti
1736 W. 12th Street
Brooklyn, NY  11223


Karen Purdie
265 Milbank
Greenwich, CT  06830


Kathryn Queen
8164 Lake Bluff Ct.
Columbus, OH  43235


Steve Rafalovich
3410 Catamaran Dr.
Corona Del Mar, CA  92625

Joseph Ranieri
19 Autumn Lane
Natick, MA  01760


Rachel Rasmussen
110 Gazania Ct.
Novato, CA  94945


Steve Rocco
131 E. 39th #3
New York, NY  10016


Delena Rose
17305 Santa Suzanne
Fountain Valley, CA  92708


James Schafer
35864 Carlton Rd
Wildomar, CA  92595


Lynn Silverstein
1018 2nd St #6
Santa Monica, CA  90403


Steve Socher
11947 Hart St. #102
N. Hollywood, CA  91605


Surasvadee Sorachana
3838 Keystone Ave. #12
Culver City, CA  90232

Joseph Spaziano
583 N. James St
Orange, CA  92864


Nandita Swamy
6160 E. Cielo Vista Dr.
Anaheim, CA  92807


William Swartz
7941 Moonshadow Dr.  #3
Huntington Beach, CA  92647


Joshua Tahtinen
17111 Kampen Ln
Huntington Beach, CA  92647


James Tar
4317 Ocean Dr.
Manhatten Beach, CA  90266


Sothi Thillairajah
1080 S. Adams
Denver, CO  80209


Walter Thomas
220 San Vicente Blvd. #407
Santa Monica, CA  90402


David Thompson
2490 Corinth Ave. #5
Los Angeles, CA  90064

Brie Turner-O'Banion
3383 Bennett Drive
Hollywood, CA  90068


Gerardo Tuazon
22713 Enola Ave.
Carson, CA  90744


Michael Van Patten
58 Riverside Ave
Riverside, CT  06878


Curtis Washington
1616 Bluebell St.
Lancaster, CA  93535


Craig White
12 Greenville Rd.
Katona, NY  10536


Angelica Zubia
1912 W. Cerritos Ave
Anaheim, CA  92804


A! Entertainment News
9909 Topanga Canyon Blvd # 212,
Chastworth, CA 91311


A.J. Minnetian
5844 Beckford Avenue
Tarzana, CA 91356

A.J.Minnetian
153 S Crescent Drive, Unit 5
Beverly Hills, Ca 90213


Aames Lock & Safe Co:
818, W Chapman Ave
Orange, Ca 92868-2823


ABC Moving Systems
AKA Mario's Movers
P.O. Box 9726
Canoga Park, Ca 91304.


Adelphia
P.O. Box 60074
City Of Industry, Ca 91716-0074


ADP Proxy Services
190 Sylvan Avenue
Englewood Cliffs, Nj 07632


Advanta Credit Card
Po Box 8088
Philadelphia, Pa 19101-8088


Advent Software, Inc.
Dept. 33096
P.O. Box 39000
San Francisco, Ca 94139-3096


Advent Software Inc
500 Ross Street, # 154-0455
Pittsburgh,Pa 15251-0376

AFCO
4501 College Blvd Suite 320
Leawood, Ks 66211

Ajilon Professional Staffing, Llc Dept Ch
14031
Palatine, Il 60055-4031

Zeon Technologies
102 Smith Drive
Clarmont, Ca 91711

All State Imaging
21621 Nordhoff Street
Chattsworth, Ca 91311

Ambrose
199 Water Street, Ste #2800
New York, Ny 10038

American Express
P.O. Box 360002
Ft. Lauderdale, Fl 33336-002

American Honda Finance Corp
P.O. Box 60001
City Of Industry, Ca 01716-0001

American Relocation & Logistics
13565 Larwin Circle
Santa Fe Springs, Ca 90670

American Stock Exchange, Llc
Box 757510
Philadelphia, Pa 19175-7510


Anslow & Jaclin Llp
195 Route 9 South, Suite 204
Manalapan, Nj 07726


Archipelago Exchange
100 South Wacker Drive Suite 2012
Chicago, Il 60606


Archipelago Trading Services
100 South Wacker Drive Suite 2012
Chicago, Il 60606


Ardaji Restaurant Ventures, Llc
283 Greenwich Ave. 3rd Floor
Greenwich, Ct 06830


At&T C/O Money Control
Po Box 49990
Riverside, Ca  92514


At&T Long Distance
P.O.Box 660688
Dallas Tx 75266-0688


Avn Media Network Inc
9414, Eton Aveune,
Chasworth, Ca 91311

Bank Of America
Po Box 15019
Wilmington, De 19886-5019


Bank Of The West
Po Box 4002
Concord, Ca 94524-4002


Bankcard Center
P O Box 385
Memphis, Tn 38101-0385


Baysys Technology, Llc
8 Pulido Court
Danville, Ca 94526


Beach Bookkeeping Service
P.O. Box 2917
Malibu, Ca 90265


Berkovits & Co. Llp
8211 West Broward Boulevard Suite 340
Ft. Lauderdale, Florida 33324


Berkshire Bank
31 Court Street
Westfield, Ma 01085


Best Service Company
10780 Santa Monica Blvd Suite 140
Los Angeles, Ca 90025

Bigdough
12189 Collection Center Dr
Chicago, Il 60693


Bison Electric
1433 E 1st Street
Long Beach, Ca 90802


Black And Blue Media
6703 Pine Avenue
Bell, Ca 90201.


Bloomberg
731 Lexington Ave
New York, Ny 10022


Bloomberg Finance  Lp
P.O.Box 30244
Hartford, Ct 06150-0244


Anthem Blue Cross
P.O.Box 54630,
Los Angeles, Ca 90054-0630


Blue Water Investigations
1000 Bristol St North Suite 17-357
Newport Beach, Ca 92660


Bmw Financial Services
P.O. Box 78103
Phoenix, Az 85062-8103

Bodnar Capital Management, Llc
680 Old Academy Road
Fairfield, Ct 06824


Bowne
P.O. Box 6081, Church Street Station
New York, Ny 10277-2706


Brennan Ault
8548 El Libro Ave.
Fountain Valley, Ca 92708


Broadridge
P.O. Box 23487
Newark, Nj 07189


Brookland Bros Ent.
6635 N. Baltimore St # 234,
Portland, Or 97203.


Brooklyn Limousine Service
10401 Venice Blvd., #192
Los Angeles, Ca 90034.


Business Wire Inc
44 Montgomery Street, 39th Floor
San Francisco, Ca 94104


C T Corporation
P.O. Box 4349
Carol Stream, Il 60197-4349

C.T. Technologies, Llc
3014 Azahar Street
Carlsbad, Ca


Cane Clark Llp
3273, E.Warm Springs Rd
Las Vegas, Nv 89120


Capital One
Po Box 60024
City Of Industry, Ca 91716


Carmel Car Service
2642 Broadway
New York, Ny 10025


Cbrei Itf
Calstrs Northrup Plaza I
Po Box 100101
Pasadena, Ca 91189-0101


Chad Bartulis
2514 34th Street
Santa Monica, Ca 90405


Chambers Hotel
15 W. 56th St.
New York, Ny 10019


Charles Schwab
111, Wall Street
New York, Ny 10043

Cheryl Gaskill
2028 North Argyle Avenue
Los Angeles, Ca 90068


Chloe Van Patten
15 Winterbird Road
Stowe, Vt 05672


Chris Pizzimenti
1736 W 12th Street
Brooklyn, Ny 11223


Chris Rainbolt
1165 Robinhood Lane
Norman, Ok 73072


Citibank (West), Fsb
Po Box 894904
Los Angeles, Ca  90189-4904


City Of Santa Monica
P.O. Box 515213
Los Angeles, Ca 90051-6513


Client Trust Account For Timothy Mccaffre One Wilshire
624 South Grand Avenue, Ste. 2200
Los Angeles, Ca 90017


Coastal Press, Inc.
3901 West Segerstrom Avenue
Santa Ana, Ca 92704-6324

Colorado Bankers
Preferred Financial Corporation
Po Box 17007
Denver, Co  80217-0007


Comar Agency Inc
9615 Brigton Way Ste 313
Beverly Hills, Ca 90210


Conferencecall.Com
 P.O Box 409573
Atlanta, Ga 30384-9573


Commonwealth Of Virginia Virginia State Corp
Commission Office Of The Clerk
P.O. Box 1197
Richmond, Virginia 23218


Corporate Creations International Inc.
941 Fourth Street
Miami, Fl 33139


Corporate Creations
11380 Prosperity Farms Rd Ste  221e
Palm Beach Gardens, Fl 33410


Corporate Impressions
10742 Burbank Blvd
North Hollywood, Ca 91601


Covad Communications Department 33408
Po Box 39000
San Francisco, Ca 94138-0001